Date:  03/16/11

Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-16177 - WOHL, RANDALL GENE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Express Centurion Bank** **POB 3001** **Malvern, PA 19355-0701** (2-1) CREDIT CARD DEBT | 000002 | **83.85** | 1.11 |
| ---------- Remittance Total -------------- | | **83.85** | **1.11** |

SUSAN MANCHESTER, Trustee